# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SIRLENA P. RODRIGUEZ,

    Plaintiff,

-vs-                                        Case No. 6:08-cv-370-Orl-28KRS

UROLOGY CENTRAL OF FLORIDA,
LLC, GHADA HILWA,

    Defendants.

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and to Dismiss Action with Prejudice (Doc. No. 30) filed May 26, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 5, 2009 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and to Dismiss Action with Prejudice (Doc. No. 30) is **GRANTED in part.**

3. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act issues.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. Counsel for Plaintiff is prohibited from withholding any portion of the amount payable to Plaintiff under the settlement agreement or taking steps to collect any amount from Plaintiff for payment of attorney's fees and costs under a retainer agreement or otherwise.

6. Counsel for Plaintiff shall provide a copy of this Order to Plaintiff.

7. This case is dismissed with prejudice.

8. The Clerk of Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28th day of August, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party